# District of Columbia Court of Appeals



F I L E D

JUL 30 2020

DISTRICT OF COLUMBIA
COURT OF APPEALS

**No. 20-BS-352**

IN RE RICHARD L. MORRIS

A Member of the Bar of the District
of Columbia Court of Appeals

**Board Docket No.** 20-PD-015
**DDN**: 2019-D315 and 2020-
    D009

BEFORE: Beckwith and McLeese, Associate Judges, and Nebeker, Senior Judge.

## O R D E R

On consideration of the petition of the Board on Professional Responsibility (the "Board") pursuant to D.C. Bar Rule XI, § 3(c)(1), to suspend respondent temporarily, and Disciplinary Counsel's motion to file under seal, and it appearing respondent has not objected to the relief sought, it is

ORDERED that Disciplinary Counsel's motion to file under seal is granted. It is

FURTHER ORDERED that the Board's petition is granted and respondent is suspended from the practice of law in the District of Columbia, effective immediately, pending further order based on (i) Disciplinary Counsel's notification to the court that respondent has responded to the Board orders, or (ii) the court's determination that adequate responses have been filed by respondent. It is

FURTHER ORDERED that respondent's attention is drawn to the requirements of D.C. Bar R. XI, §§ 14 and 16, relating to suspended attorneys. It is

FURTHER ORDERED that respondent shall file an affidavit in compliance with D.C. Bar R. XI, § 14(g) with the court and the Board shall serve a copy of the affidavit on Disciplinary Counsel.

**PER CURIAM**

**No. 20-BS-352**

Copies e-served to:

Richard L. Morris

James T. Phalen, Esquire
Executive Attorney
Board on Professional Responsibility

Hamilton P. Fox, III, Esquire
Disciplinary Counsel
Office of Disciplinary Counsel

Julia Porter, Esquire
Deputy Disciplinary Counsel
Office of Disciplinary Counsel


oio